UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jason A. Czekalski

v.

Case No. 26-cv-258-SM

NH Department of Corrections, Commissioner,
et al


ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated May 6, 2026, for the reasons set forth therein.

The motion for preliminary injunction (Doc. No. 4) is denied.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: June 8, 2026

cc:  Jason A. Czekalski, pro se